UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                           Case No.  3:24-cr-93/TKW

**RENE EDGARDO ALFARO-VASQUEZ,**
a/k/a **RENE ESTRADA**

    **Defendant.**
_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **RENE EDGARDO ALFARO-VASQUEZ, a/k/a RENE ESTRADA,** to Count One of the indictment is hereby **ACCEPTED**.  All parties will appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 13th day of December, 2024.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**